**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALICIA THOMPSON, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION No. 15-3576 |
| v. | : : | |
| GLOBAL MARKETING RESEARCH SERVICES, INC., | : : : | |
| Defendant. | : | |

**ORDER**

**AND NOW,** this __19th__ day of January, 2016, it is **ORDERED** that Defendant Global

Marketing Research Services, Inc.'s Motion to Dismiss or Transfer (ECF No. 11) and its

Amended Motion to Dismiss or Transfer (ECF No. 16) are **GRANTED** in these respects:

- Plaintiff's complaint is transferred to the Middle District of Florida, Orlando

  Division for further proceedings and possible consolidation with *Martin, et al. v.*

  *Global Marketing Research Services*, No. 14-290 (M.D. Fla. Aug. 11, 2014).

- All other issues raised in Defendant's Motion to Dismiss are preserved for

  determination by the Florida district court.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:              Copies **MAILED** on _____ to: