# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALICIA THOMPSON,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　Case No:　6:16-cv-306-Orl-31KRS

**GLOBAL MARKETING RESEARCH SERVICES, INC.,**

    **Defendant.**

## ORDER

On March 2, 2016, the parties provided notice (Doc. 32) that this case should be considered together with *Martin v. Global Marketing Research Services*, Case No. 6:14-cv-1290-31KRS.   Subsequently, the parties reached a settlement (Doc. 115 in Case No. 6:14-cv-1290-31KRS) meant to encompass both this case and the *Martin* case.   The Court entered final approval of the settlement on November 4, 2016.   (Doc. 139 in Case No. 6:14-cv-1290-31KRS).

It is therefore

**ORDERED** that the Final Order Approving Class Action Settlement (Doc. 139 in Case No. 6:14-cv-1290-31KRS) is hereby adopted in this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 8, 2016.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE